FILED
2020 Oct-16 AM 09:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

DOCUMENT 2
Case 2:20-cv-01625-ACA   Document 1-1   Filed 10/15/20   Page 2 of 6

ELECTRONICALLY FILED
9/10/2020 4:00 PM
01-CV-2020-903176.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON SMITH, CLERK

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA**

| | |
|---|---|
| **VICTORIA HILLMAN,** | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. |
| **WAL-MART STORES EAST, LP;** | ) |
| Defendant. | ) |

## COMPLAINT

**COMES NOW** the Plaintiff, and files this Complaint, by and through her counsel. In support thereof, Plaintiff states as follows:

## FACTUAL BACKGROUND

1. Plaintiff is a resident, adult citizen of Jefferson County, Alabama.

2. Wal-mart Stores East, LP, is a corporation doing business in Jefferson County, Alabama.

3. Fictitious Parties A-Z, whether singular or plural, are those legal entities who are legally responsible for any or all of the damages Plaintiff suffered as a result of the fall at issue in this case, through claims of negligence, wantonness, or any other tortious acts of third parties which caused or contributed to the Plaintiff's fall.

4. The incident which forms the basis of Plaintiff's Complaint occurred in Jefferson County, Alabama, at the Walmart located at 1600 Montclair Rd, Irondale, AL 35210.

## COUNT I
## NEGLIGENCE/WANTONNESS

5. Plaintiff reaffirms and realleges each paragraph above as if fully set forth herein.

6. On or about December 10, 2018, the Plaintiff was a business invitee of the Walmart located at 1600 Montclair Rd, Irondale, AL 35210.

7. On the above-referenced date, a substance was on the floor, thus creating an unreasonably dangerous condition.

8. One or more employees of Walmart caused the unreasonably dangerous condition and/or knew and/or should have known of the unreasonably dangerous condition.

9. Walmart owed a duty to the Plaintiff to exercise reasonable care in maintaining its premises in a reasonable safe condition.

10. Walmart breached its above-referenced duty and acted negligently and/or wantonly in causing and/or failing to correct said unreasonably dangerous condition.

11. As a result of Walmart's above-referenced negligence and/or wantonness, the Plaintiff was caused to suffer damages, including but not limited to personal injury, great pain and suffering, medical expense and lost wages.

12. The Plaintiff is entitled to punitive damages pursuant to Code of Alabama § 6-11-20.

## COUNT II
## NEGLIGENCE/WANTONNESS

13. Plaintiff reaffirms and realleges each paragraph above as if fully set forth herein.

14. Defendant(s) owed a duty to the Plaintiff to train, hire, and supervise employees in a reasonably prudent manner.

15. Upon information and belief, Defendant and/or Defendant's agents breached its above-referenced duties and trained, supervised, and/or hired Defendant's agents in a negligent and/or wanton manner.

16. The negligence and/or wantonness of Defendant and Defendant's agents proximately caused the incident and damages complained of herein.

17. Defendant is responsible for the tortious conduct of Defendant's agent based on the theory of respondeat superior.

18. The Plaintiff is entitled to punitive damages pursuant to Code of Alabama § 6-11-20.

**WHEREFORE**, Plaintiff demands compensatory and punitive damages in an amount to be determined by the Court.

        s/ Mark Erdberg
        Mark Erdberg (ERD003)
        Attorney for Plaintiff

        s/ Jaime C. Erdberg
        Jaime C. Erdberg (ERD004)
        Attorney for Plaintiff

**OF COUNSEL:**
Jaffe & Erdberg
600 20th Street North, Suite 400
Birmingham, Alabama 35203
(205) 323-4500
mark@333lawyers.com
jaime@333lawyers.com

**PLEASE SERVE DEFENDANT VIA CERTIFIED MAIL**
WAL-MART STORES EAST, LP
c/o CT Corporation System, Registered Agent
2 North Jackson Street, Suite 605
Montgomery, AL 36104

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

WAL-MART STORES EAST, LP

C/O CT CORP, AGENT

2 NORTH JACKSON ST #605

MONTGOMERY, AL 36104



9590 9402 5899 0049 6244 33

2. Article Number (Transfer from service label)

7020 0090 0000 7628 4096

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X Jennifer Lockwood    ☒ Agent
                       ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

SEP 15 2020

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:          ☐ No

S/C

CV-20-903176

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
    Mail
    Mail Restricted Delivery
    (0)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

PS Form 3811, July 2015 PSN 7530-02-000-9053




USPS TRACKING #

9590 9402 5899 0049 6244 33

United States Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

JACQUELINE ANDERSON SMITH, CLERK
ROOM 400 JEFF CO COURTHOUSE
716 RICHARD ARRINGTON JR BLVD., NO.
BIRMINGHAM, ALABAMA 35203

FILED IN OFFICE
CIRCUIT CIVIL DIVISION
SEP 18 2020
JACQUELINE ANDERSON SMITH
CLERK